UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| BARBARA STUART ROBINSON, | |
|---|---|
| Plaintiff, | Case No. C11-5151BHS |
| v. | ORDER DENYING APPLICATIONS TO PROCEED IN FORMA PAUPERIS ON APPEAL |
| TACOMA COMMUNITY COLLEGE, | |
| Defendant. | |

This matter comes before the court on Plaintiff Barbara Stuart Robinson's motions to proceed in forma pauperis on appeal. Dkts. 60 & 61. The court has considered the pleadings filed in support of the motions and the file herein.

Under 28 U.S.C. § 1915, any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein without prepayment of fees or security therefore. *See also* Fed. R. App. P. 24. However, the court has broad discretion in denying an application to proceed in forma pauperis. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963).

A review of the documentation Robinson has submitted shows that she may not be able to pay the filing fee at this time. The appeal, however, lacks merit and Robinson has failed to show that extraordinary circumstances exist to grant either of her motions.

Therefore, it is hereby **ORDERED** that Robinson's motions to proceed in forma pauperis on appeal (Dkt. 60 & 61) are **DENIED**.

DATED this 23rd day of May, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER