UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BARBARA STUART ROBINSON,

    Plaintiff,

v.

TACOMA COMMUNITY COLLEGE,

    Defendant.

CASE NO. C11-5151BHS

ORDER DENYING PLAINTIFF'S MOTIONS AND CLOSING CASE

This matter comes before the Court on Plaintiff Barbara Stuart Robinson's ("Robinson") motion for relief and notice of contempt (Dkt. 108) and amended motion and request for judicial review and relief (Dkt. 115). The Court has reviewed the briefs filed in support of the motions and the remainder of the file and hereby denies the motions for the reasons stated herein.

## I. PROCEDURAL HISTORY

On March 3, 2011, Robinson filed a complaint against Defendant Tacoma Community College ("TCC") alleging violations of Title II of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12131–65; § 504 of the Rehabilitation Act ("RA"), 29 U.S.C. § 794; and RCW 49.60.030. Dkt. 5.

On March 21, 2011, TCC answered the complaint and asserted a counterclaim against Robinson for Rule 11 Sanctions. Dkt. 20.

On September 27, 2011, the Court granted TCC's motion for summary judgment on all of Robinson's claims. Dkt. 89.

ORDER - 1

On November 29, 2011, Robinson filed a motion for relief and notice of contempt. Dkt. 108.

On December 7, 2011, the Court granted in part and denied in part TCC's motion for sanctions and entered a bar order against Robinson. Dkt. 109.

On January 6, 2012, Robinson filed an amended motion and request for judicial review and relief. Dkt. 115.

## II. DISCUSSION

Although Robinson's motions are somewhat unclear, it appears that she is requesting reconsideration and reversal of every order that the Court has issued that is not in her favor. The motions are not only procedurally improper, but they also fail to meet either standard for reconsideration. Therefore, the Court denies Robinson's motions.

Upon review of the docket, the Court has granted relief on every asserted claim. Therefore, this case shall be closed and judgment shall be entered.

## III. ORDER

Therefore, it is hereby **ORDERED** that Robinson's motion for relief and notice of contempt (Dkt. 108) and amended motion and request for judicial review and relief (Dkt. 115) are **DENIED**. The Clerk shall enter **JUDGMENT** for TCC and this case shall be closed.

DATED this 23rd day of January, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2